JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KGV EASY LEASING CORPORATION, a corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>　　　Defendant.<br>_____ | CV 08-6281 DSF (RZx)<br><br>JUDGMENT |

   This matter having come on for hearing on November 9, 2009, and the Court having entered findings of fact and conclusions of law in favor of Defendant,

   IT IS ORDERED AND ADJUDGED AS FOLLOWS:

   Judgment is entered in favor of Defendant. Plaintiff shall recover nothing from Defendant. Defendant shall recover from plaintiff his costs pursuant to a bill

1 | of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

2 | DATED: February 4, 2010

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE